1424

**94–579.** Sanders v. Scalise. *Jefferson County*, No. 91–J–35. On motion for leave to file memorandum in support instanter. Motion granted.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

**94–584.** State v. Singfield. *Summit County*, No. 16253. On motion to dismiss. Motion denied.

**94–599.** Thompson v. Anderson. *Franklin County*, No. 93APE081155. On motion for leave to file memorandum in support instanter. Motion granted.

**94–608.** State v. Morgan. *Cuyahoga County*, No. 63666. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.